IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CORNELIUS E. SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 15−cv−0453−MJR−SCW |
| | ) |
| **EBERHART,** | ) |
| **R. PASS,** | ) |
| **M. WINKLEMEIER,** | ) |
| **M. BAGWELL,** | ) |
| **F. CASTILLO, and** | ) |
| **RICHARDSON** | ) |
| | ) |
| **Defendants.** | |

## REPORT AND RECOMMENDATION

**WILLIAMS, Magistrate Judge:**

This Report and Recommendation is submitted to United States District Court Chief Judge Michael J. Reagan pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (C). The matter comes before the Court on Defendants' Motion to Compel. (Doc. 44). For the reasons below, it is **RECOMMENDED** that the case be **DISMISSED**.

### BACKGROUND

Plaintiff filed this case on April 23, 2015. (Doc. 1). This case was then referred to the undersigned on May 19, 2015. (Doc. 14). On May 28, 2015, Plaintiff filed a notice of change of address noting that he had been released to a halfway house. (Doc. 22). The Court entered a scheduling order on September 30, 2015, requiring the parties to make certain disclosures. (Doc. 38). On October 29, 2015, Defendant Bagwell filed a Motion to Dismiss. (Doc. 40). On November 2, 2015, Defendant Eberhart filed a Motion for Summary Judgment. (Doc. 41). Plaintiff did not file a response to either motion. On December 8, 2015, Plaintiff filed another notice changing his address. (Doc. 43). On February 19, 2019, Defendants filed a Motion to Compel.

(Doc. 44). The Motion represented that Plaintiff had never sent out his initial disclosures pursuant to the Order at Doc. 38. (Doc. 44). Plaintiff never filed a response to this motion. The Court set this motion for hearing and specifically warned Plaintiff that his attendance was mandatory and failure to attend may result in dismissal. (Doc. 45). The notice was not returned to the Court for non-delivery. The Court held hearing on this matter on March 18, 2016. Plaintiff did not appear.

## ANALYSIS

The Court may dismiss claims via Federal Rule 41(b), which states the general principle that failure to prosecute a case should be punished by dismissal with prejudice. **Lucien, v. Breweur, 9 F.3d 26, 28 (7th Cir. 1993); *accord James v. McDonald's Corporation*, 417 F.3d 672, 681 (7th Cir. 2005) (under Rule 41(b) a "district court has the authority . . . to [dismiss a case] for lack of prosecution.").** Rule 37(b) additionally authorizes dismissal where a party fails to obey a discovery order, which the Seventh Circuit has said is a "feeble sanction" if it is without prejudice. **Lucien v. Breweur, 9 F.3d 26, 28 (7th Cir. 1993); FED. R. CIV. P. 37(b)(2)(A)(v)**.

Here, although Plaintiff has kept the Court apprised of his address, he has otherwise not participated in this case since his release from prison. He did not respond to the pending dispositive motions, and the time to do so has lapsed. He did not file a written response to the present motion to compel. He has not participated in discovery. The Court set Defendants' Motion to Compel for a hearing and specifically warned Plaintiff in the notice of that hearing that failure to appear may result in dismissal. **See *Ball v. City of Chicago*, 2 F.3d 752, 760 (7th Cir. 1993) (holding "there must be an explicit warning before the case is dismissed" for failure to prosecute).** Plaintiff failed to appear at the hearing. Because it appears to the undersigned that Plaintiff is not interested in pursuing this case, the undersigned **RECOMMENDS** that the Court **DISMISS** this case **with prejudice**.

## CONCLUSION

For the foregoing reasons, this Court **RECOMMENDS** that that Plaintiff's Complaint be **DISMISSED** with prejudice for his failure to participate in discovery by making his initial disclosures, failure to respond to the pending dispositive motions, and failure to appear at the hearing on the motion to compel.  Objections to this Report and Recommendation must be filed on or before **April 4, 2016.**

       **IT IS SO RECOMMENDED.**
       Dated: <u>March 18, 2016</u>                                         <u>**/s/ Stephen C. Williams**</u>
                                                                                     **STEPHEN C. WILLIAMS**
                                                                                     United States Magistrate Judge